# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIAM H. BOLLMAN III, *pro se,*

      Plaintiff,

v.                                          Case No.  8:10-cv-1522-T-30TBM

McNATT PLUMBING COMPANY, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Settlement Agreement and Joint Motion for Dismissal With Prejudice (Dkt. #21).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The  Joint Motion for Dismissal With Prejudice (Dkt. #21) is GRANTED.

2.     This cause is dismissed with prejudice.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 20, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2010\10-cv-1522.dismiss 21.wpd